**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 04914 |
| Laterria Davis, | ) | HON.  Carol A. Doyle |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**NOTICE OF MOTION**

TO:   M O Marshall, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

See the attached Service List.

Please take notice that on March 16, 2021, at 9:30 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the motion to modify plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list on February 2, 2021, via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

      */s/ Steve Miljus*
      Attorney for Debtor

      The Semrad Law Firm, LLC
      20 S. Clark Street, 28th Floor
      Chicago, IL 60603
      (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-04914<br>Northern District of Illinois<br>Eastern Division<br>Tue Feb  2 07:37:07 CST 2021 | Peritus Portfolio Services LLC / Wollemi Acq<br>PO Box 141419<br>Irving, Tx 75014-1419 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AFNI, INC<br>PO Box 3517<br>Bloomington, IL 61702-3517 | AMER CR ACPT<br>961 E MAIN ST 2ND FLOOR<br>SPARTANBURG, SC 29302-2185 | CHRYSLER Capital<br>91 WALL STREET POB 666<br>MADISON, CT 06443-0666 |
| CMRE. 877-572-7555<br>3075 E IMPERIAL HWY STE<br>BREA, CA 92821-6733 | CREDIT MANAGEMENT LP<br>PO Box 118288<br>Carrollton, TX 75011-8288 | City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris<br>111 W  Jackson Blvd Ste 600<br>Chicago,IL 60604-3517 | Country Club Hills Municipality<br>4200 W 183rd Street<br>Country Club Hills, IL 60478-5338 | DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 |
| HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | (p)HERITAGE ACCEPTANCE CORPORATION<br>118 SOUTH SECOND STREET<br>ELKHART IN 46516-3113 | I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 |
| IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | MCOA<br>3348 Ridge Road<br>Lansing, IL 60438-3291 | (p)NATIONWIDE CREDIT AND COLLECTION  INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 |
| (p)LAGO FUNDING CORP<br>ATTN JORGE GONZALEZ<br>224 DATURA ST<br>STE 611<br>WEST PALM BEACH FL 33401-5634 | Purchasing Power, LLC<br>1349 W Peachtree St Nw Ste 1100<br>Attn: Zandria D. Johnson<br>Atlanta, GA 30309-2956 | Regional Renovations<br>926 150th St<br>Hammond, IN 46327-1805 |
| SALLIE MAE<br>PO Box 9500<br>Attn: Claims Processing<br>Wilkes Barre, PA 18773-9500 | SOUTH OAK DODGE, INC.<br>SCOTT C. KUNTZ<br>900 E. NORTHWEST HWY.<br>MOUNT PROSPECT, IL 60056-3444 | Santander Consumer USA Inc.,<br>an IL Corp d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| South Oak Dodge<br>900 E Northwest Hwy<br>c/o:  Scott Kuntz<br>Mount Prospect, IL 60056-3444 | US DEP ED<br>PO Box 8937<br>Madison, WI 53708-8937 | US Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 |
| Village Olympia Fields<br>Municipal Collection of America Inc<br>3348 Ridge Road<br>Lansing, IL 60438-3291 | Village of Crestwood<br>Municipal Collection of America Inc<br>3348 Ridge Road<br>Lansing, IL 60438-3291 | Village of Dolton<br>Municipal Collection of America Inc<br>3348 Ridge Road<br>Lansing, IL 60438-3291 |

```
Village of S Chicago Heights              Will County Department of Revenue        Laterria Davis
Municipal Collection of America Inc       302 N Chicago St                          14627 Hoyne
3348 Ridge Road                           Joliet, IL 60432-4078                     Dixmoor, IL 60426-1036
Lansing, IL 60438-3291


(p)M O MARSHALL CHAPTER 13 TRUSTEE        Nicholas J Landi                          Patrick S Layng
55 EAST MONROE SUITE 3850                 Semrad Law Firm LLC                       Office of the U.S. Trustee, Region 11
CHICAGO IL 60603-5764                     20 S. Clark Street #28                    219 S Dearborn St
                                          Chicago, IL 60603-1811                    Room 873
                                                                                    Chicago, IL 60604-2027


Rigoberto Garcia                          Stephen M Cramarosso
The Semrad Law Firm, LLC                  Pfeiffer Law Offices, P.C.
20 S. Clark, 28th Floor                   1725 S. Naperville Road
Chicago, IL 60603-1811                    Suite 205
                                          Wheaton, IL 60189-5855
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
HERITAGE ACCEPTANCE                       NATIONWIDE CREDIT & CO                    PG ACQUISITIONS GROUP, INC.
121 S. Main Street                        815 COMMERCE DR STE 270                   224 DATURA ST SUITE 209
Elkhart, IN 46516                         OAK BROOK, IL 60523                       WEST PALM BEACH, FL 33401


M.O. Marshall
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Peritus Portfolio Services LLC / Wollemi A        End of Label Matrix
PO Box 141419                                        Mailable recipients    37
Irving, Tx 75014-1419                                Bypassed recipients     1
                                                     Total                  38
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 04914 |
| Laterria Davis, ) | HON. Carol A. Doyle |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO MODIFY PLAN**

The Debtor, Laterria Davis, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan, and Debtor states the following:

1. On February 22, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization on May 8, 2018.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors without priority to be paid 10.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $565.00 monthly for 36 months.

5. Debtor experienced income losses due to COVID-19 pandemic. As a result, she was unable to maintain both her monthly plan payments and regular household expenses.

6. Debtor returned to work and can resume making timely plan payments moving forward.

7. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

8. Debtor further requests this Honorable Court to extend the Chapter 13 Plan term to a period not to exceed 84 months pursuant to H.R. 748- Cares Act, Section 1113 (b) (1) (C), since Debtor has experienced a material financial hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID–19) pandemic.

9. Debtor is in a position to proceed with the instant case.

10. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. That this Honorable Court enter an Order modifying the confirmed Chapter 13 Plan at Section 2.1 to state that Debtor will make regular payments to the Trustee for a term not to exceed 84 months;

C. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Steve Miljus*_____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625