UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-04914 |
| Laterria Davis | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; IT IS ORDERED:

The motion is GRANTED as follows:

1. That the current plan default is deferred to the end of the Chapter 13 Plan of reorganization.

2. The maximum term to complete the plan is extended to a period not to exceed 84 months.

3. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 16, 2021

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625